UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IRIS JIMENEZ,

Plaintiff,

*-against-*

REGENT ASSOCIATES, *et al.*,

Defendants.

**ORDER**

24-cv-01146 (ER)

RAMOS, D.J.:

Iris Jimenez brought this suit against Regent Associates and Home Thread Inc. for violations of public accommodation laws in February 2024. Doc. 1. Her suit was premised on the existence of accessibility barriers at a store in Manhattan. *Id.* During discovery, the parties conducted expert inspections of the subject premises. Doc. 75. The defendants' rebuttal report alleged that several of the alleged barriers had been remediated. *Id.*; Doc. 77. In response to that report, Jimenez requested leave to conduct an expert reinspection of the premises on March 23, 2026. Doc. 75. The Court granted the request and directed the parties to file a status letter 48 hours after the issuance of the reinspection report. *See* Doc. 78; March 20, 2026, Dkt. Entry. At the defendants' request, the Court subsequently modified its order to permit the reinspection to proceed at a time coordinated between the parties for the week of March 30, 2026, or thereafter. Doc. 83. Since then, however, there has not been any activity in this case. The parties are therefore directed to file a joint status update by October 15, 2026.

It is SO ORDERED.

Dated: October 9, 2026
New York, New York

EDGARDO RAMOS
United States District Judge