**HANSKI PARTNERS LLC**
4 International Drive, Suite 110
Rye Brook, NY 10573
Phone: 212.248.7400

**MEMO ENDORSED**

November 16, 2026

The request is granted. The deadline to file a joint status letter is extended to November 20, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: November 17, 2026
New York, New York

*Via ECF*
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

*Re: Request for Extension of Time to File Joint Status Letter*
*Iris Jiminez v. Regent Associates and Home Thread Inc.; No. 1:24-cv-01146 (ER)*

Dear Judge Ramos:

Hanski Partners represents plaintiff Iris Jiminez in the above-referenced action. We write to respectfully request an extension until Friday, November 20, 2026, to file an updated joint status letter.

We apologize for this last-minute request. Due to an oversight on our part, Plaintiff has not yet had the opportunity to coordinate a joint letter with Defendants. Plaintiff therefore requests this brief extension to allow the parties to confer and submit a joint filing.

We thank the Court for its consideration.

Respectfully submitted,

/s
Robert G. Hanski, Esq.